United States Bankruptcy Court
Southern District of Florida

In re:
Carmen Maria Hernandez
Debtor

Case No. 16-21686-AJC
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113C-1 User: cargillb Page 1 of 1 Date Rcvd: Oct 14, 2016
Form ID: CGFCRD3 Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2016.

db +Carmen Maria Hernandez, 13910 SW 36 St, Miami, FL 33175-6772
smg Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallhassee, FL 32314-6668
cr +BSI FINANCIAL SERVICES, as servicing agent for HMC, c/o Deluca Law Group, PLLC, 2101 NE 26th St, Fort Lauderdale, FL 33305-1535
cr +Miami Dade County Tax Collector (Windley), 200 NW 2 Ave #430, Miami, FL 33128-1735
93710397 BSI Financial, 314 S Franklin St, Titusville, PA 16354-2168
93732845 +Cavalry SPV II, LLC as assignee of GE Money Bank, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-1340
93763657 +Miami Dade County Tax Collector (Windley), 200 nw 2nd Avenue, Suite 430, Miami, Florida 33128-1735
93710398 SunTrust, PO Box 79282, Baltimore MD 21279-0282
93726466 +SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

93767386 +E-mail/Text: ally@ebn.phinsolutions.com Oct 15 2016 00:07:43 Ally Financial, PO Box 130424, Roseville, MN 55113-0004
93710396 +E-mail/Text: flbkecf@brockandscott.com Oct 15 2016 00:08:24 Brock & Scott PLLC, 1501 NW 49 St #200, Fort Lauderdale, FL 33309-3723

TOTAL: 2

***** BYPASSED RECIPIENTS *****

NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2016 at the address(es) listed below:

Maurice D. Hinton, Esq. on behalf of Creditor BSI FINANCIAL SERVICES, as servicing agent for HMC Assets, LLC Solely In Its Capacity As Separate Trustee Of CAMMT 2015-1 mhinton@delucalawgroup.com, ddaniels@delucalawgroup.com
Nancy K. Neidich e2c8f01@ch13herkert.com, ecf2@ch13herkert.com
Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

TOTAL: 3

Form CGFCRD3 (12/1/15)

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 16−21686−AJC**
**Chapter: 13**

**In re:**

Carmen Maria Hernandez
13910 SW 36 St
Miami, FL 33175

SSN: xxx−xx−8412

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **November 15, 2016** at **09:00 AM,** at the following location:

**C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, Courtroom 7, Miami, FL 33128**

to consider the following:

**Pro−Se Motion to Reinstate Case Filed by Debtor Carmen Maria Hernandez**

**THIS MATTER HAS BEEN SET ON THE COURT'S MOTION CALENDAR FOR A NON−EVIDENTIARY HEARING. THE ALLOTTED TIME FOR THIS MATTER IS TEN MINUTES.**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above−described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002−1(F) and 9073−1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape−recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072−2.**

**Dated: 10/14/16**

**CLERK OF COURT**
By: Barbara Cargill
Courtroom Deputy